# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                                      Case No. 6:91-cr-188-Orl-18KRS

THOMAS GUY NOBILE

---

# REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

Pursuant to Local Rule 6.01(c)(16), on July 17, 2007, I conducted the Final Probation Revocation Hearing of the Defendant on the Petition for Warrant or Summons for Offender Under Supervision filed June 21, 2007 by Probation Officer DeCarlos Sheppard.

In the Petition, Probation Officer DeCarlos Sheppard alleges the Defendant was in violation of:

- Supervised Release Standard Condition 1, Violation #1

Which states that while on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance, and shall not possess a firearm or destructive device. The defendant shall comply with the standard conditions that have been adopted by this court.

On August 5, 2006, the defendant committed the offense of Felony Battery, and was convicted of such in the Circuit Court of the Sixth Judicial Circuit, Pinellas County, Clearwater, Florida, Docket # #CRC 09-18086CFANO-K, in violation of Florida Statute 784.03, on January 18, 2007.

The Defendant admitted violating the Conditions as set forth in the Petition for Warrant or Summons for Offender Under Supervision.

Accordingly, the undersigned finds that the Defendant has violated the terms of his supervised release and respectfully recommends that the Court enter an Order to Show Cause why his supervised release should not be revoked.

The Defendant is in custody of the U.S. Marshal pending sentencing.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days of the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on this _17TH_ day of July, 2007.

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
United States Attorney
United States Probation Office
Counsel for Defendant

-2-